```
                              FILED
                        CLERK, U.S. DISTRICT COURT

                              7/6/2016

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY:      CW       DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>           Plaintiff,<br><br>   v.<br><br>BERTHA TORRES; FRANCISCO TORRES; and DOES 1 to 6, inclusive,<br><br>           Defendants. | Case No. CV 16-4444-BRO (SSx)<br><br>**ORDER SUMMARILY REMANDING**<br><br>**IMPROPERLY-REMOVED ACTION** |

    The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

    On June 20, 2016, Defendant Bertha Torres, having been sued in what appears to be a routine unlawful detainer action in California state court, filed a Notice Of Removal of that action to this Court and also presented an application to proceed in forma pauperis. The Court has denied the latter application under separate cover because the action was not properly removed. To

prevent the action from remaining in jurisdictional limbo, the Court issues this Order to summarily remand the action to state court.

Simply stated, this action could not have been originally filed in federal court because the complaint does not competently allege facts supporting either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see <u>Exxon Mobil Corp. v. Allapattah Svcs., Inc.</u>, 545 U.S. 546, 563 (2005).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County of Los Angeles, 12720 Norwalk Blvd., Room 101, Norwalk, CA 90650, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send a certified copy of this Order to the state court; and (3) the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: July 6, 2016

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE